ANTHONY TARTAGLIA AND CHARLES CUTLER v. MARTIN
G. MARMON.

December 6, 1982.

Petition for certification denied.

ANTHONY TARTAGLIA AND CHARLES CUTLER v. MARTIN
G. MARMON.

December 6, 1982.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. THOMAS PATTERSON.

December 6, 1982.

Certification is denied without prejudice to an appropriate application to the trial court pursuant to *State v. Kovack*, 91 *N.J.* 476 (1982).

STATE OF NEW JERSEY v. TODD TIMOTHY MYERS.

December 6, 1982.

Petition for certification denied.